UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                Case No. 08-20412

Robert Bell,                    Honorable Sean F. Cox

    Defendant.

_____/

## ORDER REVOKING BOND
## AND DETAINING DEFENDANT PENDING SENTENCING

Pursuant to 18 U.S.C. § 3143(a), Defendant Robert Bell ("Defendant"), having pled guilty to two violations of supervised release, including a Grade A violation, IT IS ORDERED that Defendant's bond is hereby REVOKED and Defendant is ORDERED to be DETAINED by the United States Marshal's Service for transfer to the custody of the Bureau of Prisons.

IT IS SO ORDERED.

                                            S/Sean F. Cox
                                            Sean F. Cox
                                            United States District Judge

Dated: April 14, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 14, 2010, by electronic and/or ordinary mail.

                                            S/Jennifer Hernandez
                                            Case Manager